**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JIMMY L. STEWARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:20-cv-538-TFM-MU** |
| | ) | |
| **BUC-EE'S ALABAMA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT

In accordance with the jury verdict entered on December 7, 2023 (Doc. 207), it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant, Buc-ee's Alabama, LLC, and against the Plaintiff, Jimmy L. Steward.  Accordingly, this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 12th day of December, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE