### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JIMMY L. STEWARD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-538-TFM-MU |
| | ) |
| **BUC-EE'S ALABAMA, LLC,** | ) |
| | ) |
| Defendant. | ) |

### AMENDED FINAL JUDGMENT

In accordance with the jury verdict entered on December 7, 2023 (Doc. 207), the Memorandum Opinion and Order entered on November 9, 2023, and the Memorandum Opinion and Order issued on today's date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Defendants Buc-ee's Alabama, LLC and UniFirst Corporation and against the Plaintiff Jimmy L. Steward.  Accordingly, this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 2nd day of January 2024.

> /s/Terry F. Moorer
> TERRY F. MOORER
> UNITED STATES DISTRICT JUDGE